```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 00323
   AUNDRA THOMPSON
   SHARON THOMPSON                             CHAPTER 13

                                               JUDGE: JACQUELINE P COX

            Debtor
    SSN XXX-XX-1500      SSN XXX-XX-4021

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 01/08/2008 and was confirmed 04/14/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  15.00%.

     The case was dismissed after confirmation 11/03/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                             PAID         PAID
-------------------------------------------------------------------------------
WELLS FARGO FINANCIAL IL   UNSECURED         1070.17           .00           .00
WELLS FARGO FINANCIAL BA   UNSECURED         2183.24           .00           .00
ECAST SETTLEMENT CORP      UNSECURED         3263.78           .00           .00
CHRYSLER FINANCIAL SVC A   SECURED VEHIC    25338.46        885.76       3626.57
CREDIT FIRST               UNSECURED          739.68           .00           .00
CITIGROUP INC              CURRENT MORTG        .00           .00           .00
CITIGROUP INC              MORTGAGE ARRE      169.46           .00           .00
PORTFOLIO RECOVERY         UNSECURED         6978.64           .00           .00
COOK COUNTY TREASURER      SECURED           1900.00           .00           .00
ECAST SETTLEMENT CORP      UNSECURED         6144.78           .00           .00
HOUSEHOLD FINANCE CORPOR   UNSECURED         9520.28           .00           .00
CREDIT CARD SERVICES       UNSECURED        NOT FILED         .00           .00
ECAST SETTLEMENT CORP      UNSECURED         8249.30           .00           .00
CHOICE VISA                UNSECURED        NOT FILED         .00           .00
CITIBANK                   NOTICE ONLY      NOT FILED         .00           .00
CREDIT ONE BANK            UNSECURED        NOT FILED         .00           .00
ECAST SETTLEMENT CORP      UNSECURED          451.56           .00           .00
JUNIPER BANK               UNSECURED        NOT FILED         .00           .00
NICOR GAS                  UNSECURED        NOT FILED         .00           .00
NORTHSTAR CREDIT UNION     UNSECURED        NOT FILED         .00           .00
LVNV FUNDING LLC           UNSECURED         5059.97           .00           .00
RBS CITIZENS NA            UNSECURED         2059.47           .00           .00
WELLS FARGO                UNSECURED        NOT FILED         .00           .00
WELLS FARGO FINANCIAL      UNSECURED        NOT FILED         .00           .00
JP MORGAN CHASE BANK NA    CURRENT MORTG        .00           .00           .00
JP MORGAN CHASE BANK NA    MORTGAGE ARRE     1347.42           .00           .00
CHRYSLER FINANCIAL SVC A   UNSECURED        NOT FILED         .00           .00
IL STATE DISBURSEMENT UN   NOTICE ONLY      NOT FILED         .00           .00
KITURAH MONTOGMERY         NOTICE ONLY      NOT FILED         .00           .00
JP MORGAN CHASE BANK NA    NOTICE ONLY      NOT FILED         .00           .00
PORTFOLIO RECOVERY         UNSECURED        16170.65           .00           .00
IL STATE DISBURSEMENT UN   DSO ARREARS       3138.39           .00           .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 00323 AUNDRA THOMPSON & SHARON THOMPSON
```

```
COOK COUNTY TREASURER     SECURED              .00           .00           .00
LVNV FUNDING LLC          UNSECURED       4806.02           .00           .00
LVNV FUNDING LLC          UNSECURED       1019.22           .00           .00
ROUNDUP FUNDING LLC       UNSECURED        572.63           .00           .00
CITIFINANCIAL             UNSECURED     NOT FILED           .00           .00
FELD & KORRUB LLC         DEBTOR ATTY   3,000.00                       290.06
TOM VAUGHN                TRUSTEE                                      417.61
DEBTOR REFUND             REFUND                                          .00
```

Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                   5,220.00

PRIORITY                                            .00
SECURED                                        3,626.57
    INTEREST                                     885.76
UNSECURED                                           .00
ADMINISTRATIVE                                    290.06
TRUSTEE COMPENSATION                              417.61
DEBTOR REFUND                                       .00
                        ---------------    ---------------
TOTALS                    5,220.00             5,220.00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 02/24/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE